```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAYLEA GUDDECK, et al.          :       CIVIL ACTION
                                :
          v.                    :
                                :
SMITHKLINE BEECHAM CORP.        :
d/b/a GLAXOSMITHKLINE           :       NO. 13-3696
```

ORDER

AND NOW, this 24th day of July, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiffs to remand this action to the Court of Common Pleas of Philadelphia County (Doc. #4) is DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    J.