IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAYLEA GUDDECK, et al. : CIVIL ACTION
:
v. :
:
SMITHKLINE BEECHAM CORP. :
d/b/a GLAXOSMITHKLINE : NO. 13-3696

ORDER

AND NOW, this 14th day of August, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant SmithKline Beecham Corp. to transfer venue to the United States District Court for the District of Minnesota is GRANTED.

BY THE COURT:


/s/ Harvey Bartle III
J.