UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KAYLEA GUDDECK,
*a Minor, by Julie Guddeck*,

        Plaintiff,

v.   **ORDER**
    Civil File No. 13-2508 (MJD/LIB)

SMITHKLINE BEECHAM CORPORATION,

        Defendant.

Aaron Heckaman, Adam D. Peavy, Justin C. Jenson, Kenneth W. Pearson, Mario D'Angelo, Michael K. Johnson, Robert W. Cowan, Rolf Fiebiger, Sundeep Grewal, and Thomas Scott Allen, Bailey Peavy Bailey, PLLC, Counsel for Plaintiff.

Andrew T. Bayman, Halli D. Cohn, Jaime E. Davis, Lauren Reeder McClurg, and Robert K. Woo, Jr., King & Spalding LLP, Jerry W. Blackwell and Peter J. Goss, Blackwell Burke PA, Counsel for Defendant.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, dated May 13, 2014.  [Docket No. 76]  Plaintiff filed objections to the Report and Recommendation.  [Docket No. 79]

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Brisbois dated May 13, 2014.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated May 13, 2014 [Docket No. 76].

2. Plaintiff's Motion to Remand to State Court [Docket No. 53] is **DENIED**.

Dated:  July 22, 2014                         s/ Michael J. Davis
                                              Michael J. Davis
                                              Chief Judge
                                              United States District Court